# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL LONG JR.**                                                                               **PLAINTIFF**

**v.**                                       No: 4:18-cv-00475 JM-PSH

**RUSTY PAGE,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 6th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE