IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL LONG JR.**                      **PLAINTIFF**

v.              No: 4:18-cv-00475 JM-PSH

**RUSTY PAGE,** *et al.*                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 3rd day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE